**Williford M. WHITE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28046.**

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Thomas D. White, Asst. Dist. Attys.,

Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, two years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.